IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TROY A. GOREE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY JAIL,<br><br>          Defendant. | Civil Action<br>No. 16-7338 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Troy A. Goree seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    According to the application submitted by Plaintiff, Plaintiff earns $2,560 per month. *Id.* After taking into consideration the listed monthly expenses, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

    An appropriate order follows.

| | |
|---|---|
| **December 27, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |